UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD RAY ECKLUND,<br>　　　　Plaintiff,<br>　　v.<br>FRAZZIER, et al.,<br>　　　　Defendants. | Case No. 18-cv-01244-HSG<br><br>**ORDER OF TRANSFER** |

Plaintiff has filed a *pro se* civil rights action that appears to complain of medical treatment received while at California Healthcare Facility ("CHF"). Dkt. No. 1. CHF is located in Stockton, California, within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore is proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith. In view of the transfer, the Court will not rule upon plaintiff's pending motions for leave to proceed *in forma pauperis*.

The Clerk shall transfer the file herewith.

**IT IS SO ORDERED.**

Dated: 5/9/2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge